UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA, MOORISH LAW SERVICES, GRAND SHEIK LOVE EL, SIS. HOWELL EL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, YOLO COUNTY, EDMUND G. BROWN, PATRICK BLACKLOCK,<br><br>Defendants. | No. 2:18-cv-2093-JAM-EFB PS<br><br>ORDER |

On August 6, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 6, 2020, are ADOPTED; and

2. Plaintiff's complaint is dismissed without leave to amend, and the Clerk is directed to close the case.

DATED: August 31, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE